# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Fax to Cathy S. Lusk, 12th Court of Appeals, Tyler, TX.  Fax # (903) 593-2193

Court of Appeals No. (If Known):  12-15-00121-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

CATHY S. LUSK
Clerk

Trial Court Style:     GARRY L. ROLLINS AND CARLA D. ROLLINS VS TEXAS COLLEGE AND MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL"

Trial Court & County:        7TH
   Trial Court No.:        13-3353-A

Date Trial Clerk's Record Originally Due:        06/22/2015

Date Court Reporter's/Recorder's Record Originally Due:
Anticipated Number of Pages of Record:        29 VOLUMES

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason(s):  (check all that apply – attach additional pages if necessary)

   To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

   My duties listed below preclude working on this record:

x     Other, (Explain) : DUE TO UNFORSEEN REASONS, I HAVE BEEN OUT AND UNABLE TO COMPLETE THE RECORD.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 08-30-2015, And **I hereby request an additional 45 days** within which to prepare the record. TEX.R.APP.P.37.3.

In compliance with TEX.R.APP.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the Trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date: 05-12-15                              /S/ LINDA RHYMES
                                        /S/  LINDA RHYMES

Office Phone Number:        903-590-1772            LINDA RHYMES
                                     (Printed Name)

                                      APPEALS CLERK
                                      (Official Title)

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements:* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:

Lead Counsel for **APPELLANT(S):**

| | |
|---|---|
| Name: | ERNESTO SIGMON. |
| Address: | SIGMON LAW, PLLC |
| | 2929 ALLEN PARKWAY |
| | HOUSTON, TEXAS 77019 |
| Phone #: | 832.871.5723 |
| | 214.395.1546 |
| Attorney For: | GARRY L. ROLLINS AND CARLA ROLLINS |

Lead Counsel for **APPELLEE(S):**

| | |
|---|---|
| Name: | MR. TREY YARBROUGH |
| Address: | YARBROUGH WILCOX, PLLC |
| | 100 E. FERGUSON, STE. 1015 |
| | TYLER, TEXAS 75702 |
| Phone #: | 903.595.3111 FAX 903.595.0191 |
| Attorney For: | TEXAS COLLEGE |
| Name: | RYAN K. GEDDIE |
| | MARTIN, DISIERE, JEFFERSON & WISDOM, LLP |
| | TOLLWAY PLAZA ONE |
| | 16000 N. DALLAS PARKWAY, SUITE. 800 |
| | DALLAS, TEXAS 75248 |
| Phone #: | 214.420.5500 FAX 214.420.5501 |
| Attorney For: | MPF INVESTMENTS, LLC D/B/A "A1-RENT ALL" |